# Rule 201

## Bar of the Commonwealth of Pennsylvania

**(a) General Rule.** The following are members of the bar of the courts of this Commonwealth and may practice law generally within this Commonwealth:

(1)     Persons admitted to the bar pursuant to these rules.

(2)     Persons heretofore admitted to practice before any court of record of this Commonwealth pursuant to former Supreme Court Rules 8 or 9 or corresponding provisions of prior law and registered under Enforcement Rule 219 (relating to periodic assessment of attorneys).

**[(b) Resignation. An attorney who is not the subject of any investigation into allegations of misconduct may voluntarily cease to be a member of the bar of this Commonwealth by delivering to the Administrative Office a written resignation from the office of attorney at law.]**

**([c]b) Changes in Status Under Enforcement Rules.** An attorney admitted to the bar or issued a limited license to practice law as an in-house corporate counsel, military attorney, or foreign legal consultant:

(1) may be disbarred, suspended or transferred to inactive status and may be readmitted or otherwise reinstated pursuant to the Enforcement Rules;

(2) may have such admission to the bar or limited license to practice law revoked or another appropriate sanction imposed pursuant to the Enforcement Rules when the attorney made a material misrepresentation of fact or deliberately failed to disclose a material fact in connection with an application submitted under these rules that is not discovered prior to the attorney being admitted to the bar or issued a limited license to practice law.

**([d]c) Certification of Good Standing.** Upon written request and the payment of a fee of $25.00 the Prothonotary shall issue a certificate of good standing to any member of the bar of this Commonwealth or limited licensed attorney entitled thereto. The certificate shall be one appropriate for admission to the bar of the federal courts and other state courts. A

certificate of good standing shall not be issued to a member of the bar of this Commonwealth or limited licensed attorney who currently is the subject of:

(1) a formal disciplinary proceeding pursuant to Enforcement Rule 208(b) (relating to formal hearing) that has resulted in a recommendation by a hearing committee or by the Disciplinary Board for public discipline,

(2) a petition for emergency interim suspension pursuant to Enforcement Rule 208(f) (relating to emergency interim suspension orders and related relief), or

(3) a petition for transfer to inactive status pursuant to Enforcement Rule 301 (relating to proceedings where an attorney is declared to be incompetent or is alleged to be incapacitated).

*Note:* If a person's admission to practice law or limited license to practice law as an in-house corporate counsel or foreign legal consultant is revoked for a material misrepresentation or omission, the person will be required to reapply de novo. Any such persons who are seeking admission to practice law must meet all of the requirements for admission to the bar, including the taking and passing of the current bar examination if more than three years have passed since the prior certificate recommending the person's admission to the bar was issued by the Board. At the time of reapplication, the Board will make a determination as to the applicant's character and fitness to practice law, taking into account all of the existing character issues, including the prior misrepresentation or omission.

Adopted July 1, 1972. Amended June 6, 1977; Jan. 4, 1982, imd. effective; March 11, 1983, effective April 2, 1983; March 13, 1989, imd. effective; April 29, 2005, imd. effective; March 21, 2006, imd. effective.